# EXHIBIT 6



**NCB** الأهلي

**TRANSFER/ DRAFT APPLICATION**

Date: July 09, 2015

Branch: ۹۹۹

Please Issue: International Transfer ✓   Draft ☐

| Amount In Words | Amount In Figures | Transfer Currency |
|---|---|---|
| One Hundred Thousand Dollars only | #100,000# | USD |

**BENEFICIARY'S DETAILS**

| Beneficiary's Name | Abou-Ammo, [redacted] |
|---|---|
| Address & / or Phone No. | Lebanon |
| Beneficiary A/C No. | [redacted] |
| Beneficiary Bank | BANK AUDI |
| Branch Name & Address | BECHARA KHOURY BRANCH |
| Town - Country | LEBANON |

Against Payment By: [redacted]   Debit My / Our A/C ✓   Cheque No ☐   Cash ☐

**Remittance Purpose**

1. Import Financing ☐
2. Remittance For Foreign Companies for Goods Import ☐
3. Foreign Companies Remittances For Other Purpose ☐
4. Personal Remittances ☐
5. Customer Foreign Travel ☐
6. Customer Investments Abroad ☐
7. Remittances For Money Changes ☐
8. Government Agencies Remittances ☐
9. Ministries Remittances ☐

**Remitter's Details**

| Remitter's Name | [redacted] |
|---|---|
| Nationality | Saudi |
| ID No., Type, Date | |
| Place of Issue | Riyadh |
| Address | |
| Phone no. | |

Account Holder Signature: [redacted]

**FOR BANK USE ONLY**

| Currency | USD |
| NCB Amount | 100,000 |
| Rate | 3.7510 |
| SAR Equivalent | 375,670 |
| Commissions/Fees | |
| Swift Charges | |
| SAR Total | |

Correspondent Bank: 
Value Date: 
Deal Ref. No.: 
Validation: 

USD *100,000.00   SAR *375,100.00

Authorised Signature: