UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:19-CR-621 EMC |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER AUTHORIZING |
| v. | ) ALTERNATIVE VICTIM NOTIFICATION |
| | ) PURSUANT TO 18 U.S.C. § 3771(d)(2) |
| AHMAD ABOUAMMO; | ) |
| ALI ALZABARAH; and | ) |
| AHMED ALMUTAIRI, | ) |
| a/k/a/ Ahmed Aljbreen, | ) |
| Defendants. | ) |

Based on good cause shown and the United States' *Ex Parte* Motion for Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d)(2), THE COURT FINDS THAT:

(1) this case falls within the "multiple crime victims" provision of § 3771(d)(2);

(2) it is impracticable, based on the number of potential crime victims, to individually identify all the victims in this case and accord them the notice and the rights described in § 3771(a);

(3) the plan of the United States to employ the Justice Department's website for large cases to provide notice to the large number of potential victims in this case is a reasonable procedure to give effect to the provisions of § 3771.

Accordingly, THE COURT ORDERS THAT the United States is authorized to employ the Justice Department's website for large cases in order to provide notice to the large number of potential victims in this case as described in the United States' *Ex Parte* Motion for Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d)(2).

IT IS SO ORDERED.

Dated: February ____, 2020.

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING ALTERNATIVE VICTIM NOTIFICATION