DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-00621 EMC |
| Plaintiff, | NOTICE OF DISMISSAL OF SUPERSEDING INFORMATION |
| v. | |
| AHMAD ABOUAMMO, ALI ALZABARAH, and AHMED ALMUTAIRI, a/k/a Ahmed Aljbreen, | |
| Defendants. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a) and 18 U.S.C. §§ 3288 and 3289, the United States Attorney for the Northern District of California dismisses the Superseding Information (Dkt. No. 42) against Defendants Ahmad Abouammo, Ali Alzabarah, and Ahmed Almutairi, without prejudice.

DATED: July 28, 2020.

                              Respectfully submitted,

                              DAVID L. ANDERSON
                              United States Attorney

                              */s/ Hallie Hoffman*
                              HALLIE HOFFMAN
                              Chief, Criminal Division

Leave is granted to the government to dismiss the Superseding Information against Ahmad Abouammo, Ali Alzabarah, and Ahmed Almutairi.

Date: July 28, 2020

_____
HON. EDWARD M. CHEN
United States District Judge