AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
| v. | ) |
| ALI ALZABARAH | ) Case No. 3:19-CR-00621-EMC-2 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALI HAMAD ALZABARAH,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 951 - Acting as Agent of Foreign Government Without Notice to the Attorney General
18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud and Honest Services Fraud
18 U.S.C. § 1343 - Wire Fraud

Date: August 13, 2020

*Issuing officer's signature*

City and state: San Francisco, California

Hon. Thomas S. Hixson, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*