DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

JOHN C. DEMERS
Assistant Attorney General
National Security Division

BENJAMIN J. HAWK (NJBN 030232007)
Trial Attorney, National Security Division
    950 Pennsylvania Avenue NW
    Washington, DC 20530-0001
    Telephone: (202) 307-5176
    Benjamin.Hawk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-0621-EMC |
| Plaintiff, | |
| v. | **NOTICE OF FILING** |
| AHMAD ABOUAMMO; AHMED ALMUTAIRI; and ALI ALZABARAH, | |
| Defendants. | |

    The United States hereby gives notice that it has filed *ex parte*, *in camera* and under seal a submission pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III.  Attached to this notice is an unclassified Proposed Order relating to the United States' sealed submission dated September 22, 2020.

| | |
|---|---|
| | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| Dated: September 25, 2020. | */s/ Colin Sampson*<br>COLIN SAMPSON<br>Assistant United States Attorney<br>BENJAMIN J. HAWK<br>Trial Attorney, National Security Division |

2