1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055

5 |     San Francisco, California 94102-3495
    Telephone: (415) 436-7200

6 |     FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

7

8 | JOHN C. DEMERS
Assistant Attorney General
National Security Division

9

10 | BENJAMIN J. HAWK (NJBN 030232007)
Trial Attorney, National Security Division
    950 Pennsylvania Avenue NW

11 |     Washington, DC 20530-0001
    Telephone: (202) 307-5176

12 |     Benjamin.Hawk@usdoj.gov

13 | Attorneys for United States of America

14

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:19-CR-0621-EMC |
| Plaintiff, | ) |
| | ) |
| v. | ) **[PROPOSED] ORDER** |
| | ) |
| AHMAD ABOUAMMO; | ) |
| AHMED ALMUTAIRI; and | ) |
| ALI ALZABARAH, | ) |
| | ) |
| Defendants. | ) |
| | ) |

24      This matter is before the Court on the Government's sealed *Ex Parte*, *In Camera* Motion for a

25 | Protective Order and Memorandum of Law (hereinafter "government's motion").  By its motion, the

26 | government requested that the Court, pursuant to Section 4 of the Classified Information Procedures Act

27 | ("CIPA"), 18 U.S.C. App. III, Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and applicable

28 | law: (1) conduct an *in camera* and *ex parte* review of the government's motion, related memorandum of

1   law, and accompanying declarations; (2) authorize the government to withhold from discovery certain

2   classified information referenced in its motion; and (3) order that the entire text of the government's

3   motion, memorandum of law, and accompanying declarations, as well as any classified order, shall not

4   be disclosed to the defense and shall be sealed and maintained in a facility appropriate for the storage of

5   such classified information by the Classified Information Security Officer as the designee of the Clerk of

6   Court.

7         The Court, having carefully considered the government's motion, memorandum of law, and

8   accompanying declarations, hereby GRANTS the government's motion in its entirety.

9         The Court finds that the government's motion was properly filed *ex parte*, *in camera*, and under

10  seal for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1).  The Court has

11  conducted an *ex parte*, *in camera* review of the government's motion and related documents.

12        On the basis of the Court's independent review of the information and arguments set forth in the

13  government's motion and related documents, the Court finds that the classified information referenced

14  in the government's motion implicates the government's national security and classified information

15  privilege.

16        The Court further finds that the government has met the "relevant and helpful" standard

17  articulated in *United States v. Sedaghaty*, 728 F.3d 885 (9th Cir. 2013) and *United States v. Roviaro* 353

18  U.S. 53 (1957), as it applies to the discoverability of classified information where, as here, the

19  government has properly invoked the classified information privilege.  To this end, the Court finds that

20  in applying that standard, the classified information referenced in the government's motion is not

21  relevant and helpful to the defense.  In addition, for the reasons set forth in the government's motion, the

22  government has shown "good cause" for why this information should be withheld from discovery.  *See*

23  Fed. R. Crim. P. 16(d)(1).  The Court further finds that the withholdings authorized by this Order are

24  consistent with the government's discovery obligations under Rule 16 of the Federal Rules of Criminal

25  Procedure and *Brady v. Maryland* and its progeny.

26        Accordingly, IT IS ORDERED that the government is authorized to withhold from discovery to

27  the defense the classified information specified in the government's motion.

28

1     IT IS FURTHER ORDERED that the entire text of the government's motion, memorandum of

2 law, and accompanying declarations [and the Court's classified version of this Order] shall not be

3 disclosed to the defense, and shall be sealed and maintained in a facility appropriate for the storage of

4 such classified information by the Classified Information Security Officer as the designee of the clerk of

5 the Court, in accordance with established security procedures, for any future review, until further order

6 of this Court.

7

8

9 Date: _____.

                                           HON. EDWARD M. CHEN

10                                      UNITED STATES DISTRICT JUDGE

3